Case 3:25-cv-00102   Document 20   Filed on 04/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ERIC DOTSON CERTENBERG, *et al.*, | § § § § | |
| Plaintiffs. | § § | 3:25-cv-102 |
| VS. | § § | |
| TERRACES SYNDICATE LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 8, 2025, the court referred all pretrial matters in this removed case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 10. Judge Edison filed a memorandum and recommendation on April 10, 2025, recommending the court *sua sponte* find it lacks removal jurisdiction and remand this matter to state court. Dkt. 11.

On April 24, 2025, the plaintiffs filed their objections to the memorandum and recommendation. Dkt. 19. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, memorandum and recommendation, pleadings, and record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation, Dkt. 11, is approved and adopted in its entirety as the holding of the court; and

(2) This case is remanded to the Justice Court, Precinct 1, Galveston County, Texas.

Signed on Galveston Island this 25th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE